**Electronically Filed
Supreme Court
SCPW-14-0001283
10-NOV-2014
10:23 AM**

SCPW-14-0001283

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Respondent,

vs.

PUNOHU NALIMU KEKAUALUA III, Petitioner.

ORIGINAL PROCEEDING
(CASE NO. 5DCC-14-0000081)

ORDER DENYING WITHOUT PREJUDICE PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the October 3, 2014 letter from Punohu Nalimu Kekaualua III, received by this court on October 17, 2014,

IT IS HEREBY ORDERED the letter is deemed a petition for a writ of mandamus regarding Kekaualua's pending criminal trial in the District Court of the Fifth Circuit.

IT IS FURTHER ORDERED that the clerk of the appellate court shall enter the letter as such a petition, and shall waive any filing fee.

IT IS FURTHER ORDERED the petition is denied without prejudice to Mr. Kekaualua seeking appropriate relief, if necessary, by timely filing an appeal to the Intermediate Court of Appeals upon entry of judgment in the District Court.

DATED: Honolulu, Hawaiʻi, November 10, 2014.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



2